**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **MFM DELAWARE, INC.,** | ) | **Case No. 13-11359** |
| | ) | |
| Debtors. | ) | (Joint Administration Pending) |
| | ) | |

## CORPORATE OWNERSHIP STATEMENT

MFM Delaware, Inc., pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, files this Corporate Ownership Statement, respectfully showing the Court as follows:

1. No corporation directly or indirectly owns 10 percent or more of any class of MFM Delaware, Inc.'s equity interests.

Dated: May 28, 2013  
       Wilmington, Delaware

Respectfully submitted,

  /s/  Frederick B. Rosner  
THE ROSNER LAW GROUP LLC  
Frederick B. Rosner (No. 3995)  
rosner@teamrosner.com  
824 N. Market Street, Suite 810  
Wilmington, Delaware 19801  
Telephone:     (302) 319-6300

PROPOSED COUNSEL FOR THE  
DEBTORS-IN-POSSESSION