**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **MFM DELAWARE, INC.,** | ) | **Case No. 13-11359 (PJW)** |
| | ) | |
| **Debtor** | ) | |
| | ) | |
| | ) | |
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **MFM INDUSTRIES, INC.,**[1] | ) | **Case No. 13-11360 (PJW)** |
| | ) | |
| **Debtor** | ) | **(Joint Administration Requested)** |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON MAY 29, 2013 AT 11:00 A.M. (ET)**

**I.     VOLUNTARY PETITIONS**

    1.     MFM Delaware, Inc., Case No. 13-11359
    2.     MFM Industries, Inc., Case No. 13-11360

**II.     DECLARATION IN SUPPORT OF FIRST DAY PLEADINGS**

    1.     Declaration of Matthew A. Crane in Support of Chapter 11 Petitions and First Day Pleadings  [Docket No. 3, filed 5/28/13]

**III.     FIRST DAY MOTIONS GOING FORWARD**

    1.     Motion for Entry of an Order Approving Joint Administration of Debtors' Chapter 11 Cases  [Docket No. 2, filed 5/28/13]

    Status:  This matter will be going forward.

    2.     Debtors' Emergency Motion for an Order Authorizing the Debtors to Honor Prepetition Obligations to and Continue Prepetition Practices with Shippers and Warehousemen  [Docket No. 4, filed 5/28/13]

    Status:  This matter will be going forward.

---

[1]  The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MFM Industries, Inc. (6720) and (ii) MFM Delaware, Inc. (3784).

{00011197. }

3.    Debtors' Emergency Motion to Authorize Payment of Pre-Petition Wages, Payroll Taxes, Certain Employee Benefits, and Related Expenses, and Other Compensation to Employees and Independent Contractors  [Docket No. 5, filed 5/28/13]

Status:   This matter will be going forward.

4.    Debtors' Emergency Motion Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 for Interim and Final Orders (i) Authorizing Debtors to Incur Postpetition Secured Superpriority Indebtedness  Pursuant to Sections 105(a), 362, 364(c)(1), 364(c)(2), 364(c)(3) and 364(d); (ii) Authorizing the Debtors to Continue and Maintain its Receivables Sales Program; (iii) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code; (iv) Granting Adequate Protection Pursuant to Sections 361, 363 and 506 of the Bankruptcy Code; and (v) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c)  [Docket No. 6, filed 5/28/13]

Status:   This matter will be going forward.

Dated: May 28, 2013
        Wilmington, Delaware

Respectfully submitted,

/s/ Scott J. Leonhardt
THE ROSNER LAW GROUP LLC
Frederick B. Rosner (DE# 3995)
Scott J. Leonhardt (DE #4885)
rosner@teamrosner.com
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone:     (302) 319-6300

*Proposed Counsel for the
Debtors-In-Possession*

{00011197. }