IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MFM INDUSTRIES, INC., | ) | Case No. 13-11359 (PJW) |
| MFM DELAWARE, INC.,[1] | ) | Case No. 13-11360 (PJW) |
| | ) | |
| Debtors. | ) | (Joint Administration Pending) |
| | ) | |

CERTIFICATION OF COUNSEL RE:
INTERIM ORDER PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364 AND 507: (I) AUTHORIZING DEBTORS TO INCUR POSTPETITION SECURED INDEBTEDNESS PURSUANT TO SECTIONS 105(A), 362, AND 364(C); (II) AUTHORIZING THE DEBTORS TO ENTER INTO RATIFICATION AGREEMENTS WITH BIBBY FINANCIAL SERVICES (MIDWEST), INC. AND CROSSROADS FINANCIAL, LLC (III) AUTHORIZING THE USE OF CASH COLLATERAL PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE; (IV) GRANTING ADEQUATE PROTECTION PURSUANT TO SECTIONS 105, 361, 363 AND 507 OF THE BANKRUPTCY CODE; AND (V) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULES 4001(B) AND 4001(C)

I, Frederick B. Rosner, of The Rosner Law Group LLC, Delaware counsel for the debtors and debtors in possession, hereby certify as follows:

1. On May 28, 2013, the Debtors filed their Debtors' Emergency Motion Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 for Interim and Final Orders (i) Authorizing Debtors to Incur Postpetition Secured Superpriority Indebtedness Pursuant to Sections 105(a), 362, 364(c)(1), 364(c)(2), 364(c)(3) and 364(d); (ii) Authorizing the Debtors to Continue and Maintain its Receivables Sales Program; (iii) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code; (iv) Granting Adequate Protection Pursuant to Sections 361, 363 and 506 of the Bankruptcy Code; and (v) Scheduling a Final Hearing Pursuant to

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MFM Industries, Inc. (6720) and (ii) MFM Delaware, Inc. (3784).

{00011224. }

Bankruptcy Rules 4001(b) and 4001(c) [Filed 5/28/13] (the "DIP Financing Motion was heard on May 29, 2013 at 11:00 a.m. before this Court (the "Hearing"). At the Hearing counsel to Terex Financial Services, Inc. ("Terex") objected to the entry of the proposed form of Interim Order.

2. Following the hearing, the Debtors proposed language to address the issues raised by Terex at the Hearing. The proposed language has been consented to by BFS, Crossroads, the office of the United States Trustee, and counsel to Terex.

3. Based on the foregoing, this certification is submitted with consent, and the undersigned respectfully requests entry of the Interim Order approving financing at the Court's earliest convenience. A clean and blackline copy of the Order is attached hereto as Exhibits A and B.

Dated: May 29, 2013
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

By: /s/ Frederick B. Rosner
Frederick B. Rosner, Esq., (DE 3995)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
klein@teamrosner.com

*Proposed Counsel to the Debtors and Debtors in Possession*

{00011224.}