IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MFM DELAWARE, INC., | ) | Case No. 13-11359 |
| | ) | |
| Debtor | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MFM INDUSTRIES, INC.,[1] | ) | Case No. 13-11360 |
| | ) | |
| Debtor | ) | Re: Dkt. No. 2 |

## ORDER APPROVING JOINT ADMINISTRATION
## OF DEBTORS' CHAPTER 11 CASES

This matter is before the Court on the Motion for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases (the "Motion") of MFM Delaware, Inc. and MFM Industries, Inc. (collectively, the "Debtors"). All capitalized terms used but not defined herein shall have the meanings given to them in the Motion.

The Court has considered the Motion, the *Declaration of Matthew A. Crane in Support of First Day Motions and Applications*, and the matters reflected in the record of the hearing held on the Motion on May 29, 2013. It appears that the Court has jurisdiction over this proceeding; that this is a core proceeding; that notice of the Motion has been given to the Office of the United States Trustee, the Debtors' pre-petition secured lenders and their counsel, if known by the Debtors, and the Debtors' twenty (20) largest unsecured creditors on a consolidated basis; that no further notice is necessary; that the relief sought in the Motion is in the best interests of the Debtors, their estates, and their creditors; and that good and sufficient cause exists for such relief.

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MFM Industries, Inc. (6720) and (ii) MFM Delaware, Inc. (3784).

- 1 -

Accordingly, it is hereby ORDERED as follows:

1. The Motion is GRANTED to the extent provided herein.

2. The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 13-11359 in accordance with the provisions of Bankruptcy Rule 1015.

3. The joint caption of the Debtors' cases shall read as follows:

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| MFM DELAWARE, INC., | ) | Case No. 13-11359 |
| MFM INDUSTRIES, INC., | ) | Case No. 13-11360 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

4. All original pleadings shall be captioned as indicated in the preceding decretal paragraph and all original docket entries shall be made in the case of MFM Delaware, Inc., Case No. 13-11359.

5. A docket entry shall be made in the other Debtors' chapter 11 cases substantially as follows:

> "An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of MFM Industries, Inc. and MFM Delaware, Inc. that have concurrently commenced chapter 11 cases. The docket in the chapter 11 case of MFM Delaware, Inc., Case No. 13-11359, should be consulted for all matters affecting this case."

6.   This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: May 29, 2013
Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE

- 3 -

DMSLIBRARY01-20960410.2