IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **MFM INDUSTRIES, INC.,** | ) | Case No. 13-11359 (PJW) |
| **MFM DELAWARE, INC.,**[1] | ) | Case No. 13-11360 (PJW) |
| | ) | |
| Debtors. | ) | (Joint Administered) |
| | ) | |
| | ) | Hearing Date: 6/25/13 10:00 a.m. |
| _____ | ) | Objection Deadline: 6/18/13 @ 4 p.m. |
| | | Re: Dkt. Nos. 6 & 18 |

## NOTICE OF ENTRY OF INTERIM ORDER AND FINAL HEARING

**PLEASE TAKE NOTICE** that on May 28, 2013 the above-captioned debtors and debtors in possession (together, the "Debtors"), filed their *Emergency Motion Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 for Interim and Final Orders (A) Authorizing the Debtors to Incur Postpetition Secured Indebtedness, (B) Authorizing the Debtors to Enter into Agreements Ratifying the Loan Agreement and the Receivables Sale Agreement; (C) Authorizing the Debtors to Use Cash Collateral, (D) Granting Adequate Protection to the Pre-petition Lenders (as defined below), and (E) Scheduling a Final Hearing Pursuant to Rules 4001(b) and 4001(c) of the Federal Rules of Bankruptcy Procedures* [Dkt. No. 6] (the "Motion"). A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that on May 29, 2013, the Court entered the *Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507: (I) Authorizing Debtors to Incur Postpetition Secured Indebtedness Pursuant to Sections 105(a), 362, and 364(c); (II) Authorizing the Debtors to Enter into Ratification Agreements with Bibby Financial Services (Midwest), Inc. and Crossroads Financial, LLLC (III) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code; (IV) Granting Adequate Protection Pursuant to Sections 105, 361, 363 and 507 of the Bankruptcy Code; and (V) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(B) and 4001(C)* [Dkt. No 18] (the "Order").
A copy of the Order is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion regarding a final order will be held on **June 25, 2013 at 10:00 a.m. (Prevailing Eastern Time)** before The Honorable Peter J. Walsh, United States Bankruptcy Judge, at the United States Bankruptcy Court

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MFM Industries, Inc. (6720) and (ii) MFM Delaware, Inc. (3784).

{00011212. }

for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion, if any, must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served on: (i) the undersigned counsel; (ii) counsel to the Statutory Committee, if any; and (iii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, attn: Mark Kenney, so as to be received no later **June 18, 2013 at 4:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO ENTRY OF A FINAL ORDER ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, AN ORDER MAY BE ENTERED GRANTING THE RELIEF REQUESTED IN THE MOTION ON A FINAL BASIS WITHOUT FURTHER NOTICE OR HEARING.**

Dated: May 30, 2013
       Wilmington, Delaware

       **THE ROSNER LAW GROUP LLC**
       /s/ Scott J. Leonhardt
       Frederick B. Rosner (DE #3995)
       Scott J. Leonhardt (DE#4885)
       824 N. Market Street, Suite 810
       Wilmington, Delaware 19801
       Telephone: (302) 777-1111

       -and-

       **KING & SPALDING LLP**
       Arthur J. Steinberg
       New York Bar No. 1680495
       asteinberg@kslaw.com

1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:     (212) 556-2158
Facsimile:      (212) 556-2222

-and-

Jeffrey R. Dutson
Georgia Bar No. 637106
jdutson@kslaw.com
Annie R. Carroll
Georgia Bar No. 127813
1180 Peachtree Street
Atlanta, Georgia 30309-3521
Telephone:     (404) 572-4600
Facsimile:      (404) 572-5131

*Proposed Counsel for the Debtors and Debtors in Possession*