**EXHIBIT A**

List of Utility Companies

| Debtor | Vendor Name | Address | City | State | Zip | Average Two-Week Amounts |
|---|---|---|---|---|---|---|
| MFM Industries | AirGas USA LLC | PO Box 9249 | Marietta | GA | 30065 | $424.63 |
| MFM Industries | Amerigas | 2120 NW 7th Street | Ocala | FL | 34475 | $1,133.31 |
| MFM Delaware | AT&T | PO Box 5453 | Carol Stream | IL | 60197 | $263.23 |
| MFM Industries | CenturyLink | PO Box 1319 | Charlotte | NC | 28201 | $862.49 |
| MFM Industries | City of Ocala Utilities | 201 SW 3rd Street | Ocala | FL | 34471 | $190.98 |
| MFM Industries | Florida Express | PO Box 5058 | Ocala | FL | 34478 | $1,079.45 |
| MFM Industries | ProEnergy | 14800 St. Mary's Lane Suite 107 | Houston | TX | 77079 | $36,805.37 |
| MFM Industries | Progress Energy (a.k.a Duke Energy) | PO Box 33199 | St. Petersburg | FL | 33733 | $17,460.49 |
| MFM Industries | TECO – Peoples Gas | PO Box 31017 | Tampa | FL | 33631 | $6,611.47 |
| MFM Industries | US Water Services Corp. | 4939 Cross Bayou Blvd | New Port Richey | FL | 34652 | $117.50 |
| MFM Industries | World Sync (f/k/a 1 Sync) | 7887 Washington Village Drive Suite 300 | Dayton | OH | 45459 | $130.77 |

- 1 -