IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **MFM DELAWARE, INC.,** | ) | **Case No. 13-11359 (PJW)** |
| **MFM INDUSTRIES, INC.,**[1] | ) | **Case No. 13-11360 (PJW)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |
| | ) | |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON JUNE 6, 2013 AT 3:00 P.M. (ET)

I. **FIRST DAY MOTION GOING FORWARD**

1. Debtors' Emergency Motion For Interim and Final Orders (I) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Services; (II) Deeming Utility Companies Assured of Future Performance; and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 24, filed 6/4/13]

    Related Documents:

    a. Proposed Form of Interim Order [Dkt. No. 24; filed 6/4/2013].

    b. Proposed Form of Final Order [Dkt. No. 24; filed 6/4/2013].

    Response Deadline:    At the Hearing.

    Filed/Received:    None to Date.

    Status:    This matter will be going forward.

    Dated: June 4, 2013
    Wilmington, Delaware

                                    **THE ROSNER LAW GROUP LLC**

                                    */s/ Scott J. Leonhardt*
                                    Frederick B. Rosner, Esq. (DE# 3995)
                                    Scott J. Leonhardt (DE# 4885)
                                    824 Market Street, Suite 810
                                    Wilmington, DE 19801

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MFM Industries, Inc. (6720) and (ii) MFM Delaware, Inc. (3784).

{00011260. }

302-777-1111
leonhardt@teamrosner.com

-and-

**KING & SPALDING LLP**
Arthur J. Steinberg
New York Bar No. 1680495
asteinberg@kslaw.com
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:    (212) 556-2158
Facsimile:     (212) 556-2222

-and-

Jeffrey R. Dutson
Georgia Bar No. 637106
jdutson@kslaw.com
Annie R. Carroll
Georgia Bar No. 127813
1180 Peachtree Street
Atlanta, Georgia 30309-3521
Telephone:    (404) 572-4600
Facsimile:     (404) 572-5131

*Proposed Counsel for the Debtors and Debtors in Possession*

{00011260. }