**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| MFM Delaware, Inc. | : | Case No. 13-11359 (PJW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

----------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Terex Financial Services, Inc.** Attn: John Hensel, 200 Nyala Farm Road, Westport, CT 06880, Phone: 203-341-6862, Fax: 203-663-8583

2. **Delta Express Systems Inc.**, Attn: Tommy Clark, 4254 B Clark Road, Gainesville, GA 30506, Phone: 770-983-2551, Fax: 770-983-2335

3. **CKS Packaging Inc.,** Attn: Malcom McCarn, 445 Great Southwest Parkway, Atlanta, GA 30336, Phone: 404-691-8900, Fax: 404-691-0086

4. **Pro Energy Partners, LP**, Attn: Jarrett Rogers, 14800 St. Mary's Lane, Suite 107, Houston, TX 77079, Phone: 832-300-0146, Fax: 831-300-0016

5. **Krebs Land Development,** Attn: Stewart Krebs, 184 W Bannerville Road, Palatka, FL 32177, Phone: 386-937-4308, Fax: 386-326-3936


ROBERTA A. DEANGELIS
United States Trustee, Region 3


 /s/ Mark Kenney for,
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: June 6, 2013

Attorney assigned to this Case: Mark Kenney, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Frederick Rosner, Esquire, Phone: (302) 777-1111