## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **MFM DELAWARE, INC.,** | ) | **Case No. 13-11359 (PJW)** |
| **MFM INDUSTRIES, INC.,**[1] | ) | **Case No. 13-11360 (PJW)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |
| | ) | |

### NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON JUNE 25, 2013 AT 10:00 A.M. (ET)

Set forth below are the matters scheduled to be heard before the Honorable Peter J. Walsh, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Sixth Floor, Courtroom #2, Wilmington, Delaware, on June 25, 2013 beginning at 10:00 a.m. (prevailing Eastern time).

## I.     CONTESTED MATTERS GOING FORWARD:

1.     Emergency Motion Pursuant to 11 U.S.C. Section 105, 361, 362, 363, 364 and 507 for Interim and Final Orders: (I) Authorizing Debtors to Incur Postpetition Secured Indebtedness Pursuant to Section 105(a), 362, and 364(c); (ii) Authorizing the Debtors to Enter into Ratification Agreements with Bibby Financial Services and Crossroads Financial, LLC (iii) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code; (iv) Granting Adequate Protection Pursuant to Sections 105, 361, 363, and 507 of the Bankruptcy Code; and (V) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c) [Dkt. No. 6; filed 5/28/13]

Related Documents:

a.     Interim Order (I) Authorizing Debtors to Incur Postpetition Secured Indebtedness (II) Authorizing the Debtors to Enter into Ratification Agreements with Bibby Financial Services (Midwest), Inc. and Crossroads Financial, LLC (III) Authorizing the Use of Cash Collateral; (IV) Granting Adequate Protection; and (V) Scheduling A Final Hearing. [Dkt. No. 18; filed 5/29/13]

b.     Proposed Final Order [Dkt. No. 56; filed 6/21/13]

---

[1]   The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MFM Industries, Inc. (6720) and (ii) MFM Delaware, Inc. (3784).

[2] **Amended items appear in bold.**

{00011426. }

Response Deadline: June 18, 2013 at 4:00 p.m.; extended to June 21st for the Official Committee of Unsecured Creditors (the "Committee").

Filed/Received:

c.    Informal comments from the Committee.

d.    **Objection of the Official Committee of Unsecured Creditors to Debtors Emergency Motion Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 for Interim and Final Orders: (i) Authorizing the Debtors to Enter into Ratification Agreements with Bibby Financial Services and Crossroads Financial, LLC (iii) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code; (iv) Granting Adequate Protection Pursuant to Sections 105, 361, 363, and 507 of the Bankruptcy Code; and (v) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c) [Dkt. No. 61; filed 6/23/13].**

Status:  The Debtors circulated a proposed final order to the Office of the United States Trustee, Bibby Financial Services, Crossroads Financial, LLC and the Committee. The parties are discussing the relief requested and attempting to negotiate a consensual form of order to be presented at the hearing.  To the extent the parties fail to reach an agreement, this matter will go forward on a contested basis.

2.    Motion of Debtors for Entry of an Order Extending the Time Within which the Debtors Must File their Schedules and Statements of Financial Affairs [Dkt. No. 23; filed 6/4/13]

Related Documents:

a.    Proposed Form of Order [Dkt. No. 23; filed 6/4/13].

Response Deadline:  June 18, 2013 at 4:00 p.m.; extended to June 21st for the Committee.

Filed/Received:

b.    Informal comments from the Committee.

c.    **Limited Objection of the Official Committee of Unsecured Creditors to Motion of Debtors for Entry of an Order Extending the Time Within Which the Debtors Must File Their Schedules and Statements of Financial Affairs [Dkt. No. 60; filed 6/21/13]**

<u>Status</u>: The Debtors and the Committee are discussing the relief requested and attempting to negotiate a consensual form of order to be filed under certification of counsel and/or presented at the hearing.  To the extent the Committee and the Debtors fail to reach an agreement, this matter will go forward on a contested basis.

3.      Emergency Motion for Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services; (II) Deeming Utility Companies Assured of Future Performance; and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Dkt. No. 24; filed 6/4/13]

<u>Related Documents</u>:

a.      Proposed Form of Final Order [Dkt. No. 24; filed 6/4/13].

b.      Interim Order (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services; (II) Deeming Utility Companies Assured of Future Performance; and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Dkt. No. 36, filed 6/6/13]

<u>Response Deadline</u>:  June 18, 2013 at 4:00 p.m.; extended to June 21st for the Committee

<u>Filed/Received</u>:

c.      Letter Response from U.S. Water Service Corporation [Dkt. No. 51; filed 6/18/13]

d.      Informal comments from the Committee.

<u>Status</u>:      The objection of U.S. Water Service Corporation is resolved.  The Debtors and the Committee are discussing the relief requested and attempting to negotiate a consensual form of order to be filed under certification of counsel and/or presented at the hearing.  To the extent the Committee and the Debtors fail to reach an agreement, this matter will go forward on a contested basis.

4.      Application for Authority to Retain King & Spalding LLP as Counsel to the Debtors Nunc Pro Tunc to May 24, 2013 [Dkt. No. 30; filed 6/6/13]

<u>Related Documents</u>:

a.      Proposed Form Order [Dkt. No. 30; filed 6/6/13].

<u>Response Deadline</u>:  June 18, 2013 at 4:00 p.m.; extended to June 21st for the Committee

Filed/Received:

b.      Informal comments from the Committee.

c.      **Limited Objection of the Official Committee of Unsecured Creditors
to the Applications to Employ King & Spalding LLP and The Rosner
Group LLC as Counsel to the Debtors [Dkt. No. 59; filed 6/21/13]**

Status:  The Debtors and the Committee are discussing the relief requested and
attempting to negotiate a consensual form of order to be filed under
certification of counsel and/or presented at the hearing.  To the extent
the Committee and the Debtors fail to reach an agreement, this matter
will go forward on a contested basis.

5.      Application of the Debtors for Authority to Retain The Rosner Law Group LLC
as Delaware Bankruptcy Counsel Nunc Pro Tunc to May 24, 2013 [Dkt. No. 31;
filed 6/6/13]

Related Documents:

a.      Proposed Form Order [Dkt. No. 31; filed 6/6/13].

Response Deadline:  June 18, 2013 at 4:00 p.m.; extended to June 21st for the
Committee

Filed/Received:

b.      Informal comments from the Committee.

c.      **Limited Objection of the Official Committee of Unsecured Creditors
to the Applications to Employ King & Spalding LLP and The Rosner
Group LLC as Counsel to the Debtors [Dkt. No. 59; filed 6/21/13]**

Status:  The Debtors and the Committee are discussing the relief requested and
attempting to negotiate a consensual form of order to be filed under
certification of counsel and/or presented at the hearing.  To the extent
the Committee and the Debtors fail to reach an agreement, this matter
will go forward on a contested basis.

6.      Debtors' Motion for Order Pursuant to Sections 105 and 363 of the Bankruptcy
Code Authorizing and Approving, Effective as of June 5, 2013, (I) Agreement
with Rinnovo Management LLC to Provide Gregg Stewart to Serve as Debtors'
Interim Chief Financial Officer and (II) Retention of Mr. Stewart, and Granting a
Waiver of the Requirements of Local Bankruptcy Rule 2016-2. [Dkt. No. 45; filed
6/14/13]

Related Documents:

{00011426. }                                    - 4 -

a.      Proposed Form Order [Dkt. No. 45; filed 6/14/13].

b.      Order Shortening Notice Period For Debtors' Motion for Order Authorizing and Approving, Effective as of June 5, 2013, (I) Agreement with Rinnovo Management LLC to Provide Gregg Stewart to Serve as Debtors' Interim Chief Financial Officer and (II) Retention of Mr. Stewart, and Granting a Waiver of the Requirements of Local Bankruptcy Rule 2016-2). [Dkt. No. 47; entered 6/17/13].

<u>Response Deadline</u>:  June 24, 2013 at 4:00 p.m.

<u>Filed/Received</u>:

c.      Informal Comments from the Office of the United States Trustee.

d.      Informal comments from the Committee.

<u>Status</u>:   The Debtors, the Office of the United States Trustee and the Committee are discussing the relief requested and attempting to negotiate a consensual form of order to be filed under certification of counsel and/or presented at the hearing.   To the extent the parties fail to reach an agreement, this matter will go forward on a contested basis.


Dated: June 24, 2013                                          Respectfully submitted,
Wilmington, Delaware

                                                            **THE ROSNER LAW GROUP LLC**

                                                            */s/ Scott J. Leonhardt*
                                                            Frederick B. Rosner (DE# 3995)
                                                            Scott J. Leonhardt (DE #4885)
                                                            824 N. Market Street, Suite 810
                                                            Wilmington, Delaware 19801
                                                            Telephone:     (302) 319-6300
                                                            Leonhardt@teamrosner.com

                                                            **KING & SPALDING LLP**
                                                            Arthur J. Steinberg
                                                            New York Bar No. 1680495
                                                            asteinberg@kslaw.com
                                                            1185 Avenue of the Americas
                                                            New York, NY 10036-4003
                                                            Telephone:     (212) 556-2158
                                                            Facsimile:      (212) 556-2222

-and-

Jeffrey R. Dutson
Georgia Bar No. 637106
jdutson@kslaw.com
Annie R. Carroll
Georgia Bar No. 127813
1180 Peachtree Street
Atlanta, Georgia 30309-3521
Telephone:     (404) 572-4600
Facsimile:     (404) 572-5131

*Proposed Counsel for the*
*Debtors-In-Possession*