IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **MFM DELAWARE, INC.,** | ) | **Case No. 13-11359 (PJW)** |
| **MFM INDUSTRIES, INC.,**[1] | ) | **Case No. 13-11360 (PJW)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |
| | ) | |

NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 9, 2013 AT 9:30 A.M. (ET)

Set forth below are the matters scheduled to be heard before the Honorable Peter J. Walsh, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Sixth Floor, Courtroom #2, Wilmington, Delaware, on August 9, 2013 beginning at 9:30 a.m. (prevailing Eastern time).

I. **MATTER GOING FORWARD:**

1. Debtors' Emergency Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 364 and 507: (I) Authorizing Debtors to Incur Post-Petition Secured Indebtedness Pursuant to Sections 105 and 364; (ii) Authorizing the Debtors to Enter into Credit Agreement with Thomas Kraatz; and (iii) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(c) [Dkt. No. 131; filed 8/6/13]

   Related Documents:

   a. Final Order Pursuant to 11 U.S.C. Section 105, 361, 362, 363, 364 and 507: (I) Authorizing Debtors to Incur Postpetition Secured Indebtedness Pursuant to Sections 105(a), 362, and 364(c); (II) Authorizing the Debtors to Enter into Ratification Agreements with Bibby Financial Services (Midwest), Inc. and Crossroads Financial, LLC (III) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code; and (IV) Granting Adequate Protection Pursuant to Sections 105, 361, 363, and 507 of the Bankruptcy Code [Dkt. No. 103; filed 7/16/13]

   b. Order Setting Expedited Hearing on Shortened Notice for the Debtors' Emergency Motion for Interim and Final Orders Pursuant to 11 U.S.C. Sections 105, 364 and 507: (I) Authorizing Debtors to Incur Post-Petition

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MFM Industries, Inc. (6720) and (ii) MFM Delaware, Inc. (3784).

[2] Amended items appear in **bold**.

{00011770. }

      Secured Indebtedness Pursuant to Sections 105 and 364; (II) Authorizing the Debtors to Enter into Credit Agreement with Thomas Kraatz; and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(c) [Dkt. No. 133; entered 8/7/13] (the "Order Shortening Notice")

c.   Proposed Interim Order Pursuant to 11 U.S.C. §§ 105, 364 and 507: (I) Authorizing Debtors to Incur Post-Petition Secured Indebtedness Pursuant to Sections 105 and 364; (ii) Authorizing the Debtors to Enter into Credit Agreement with Thomas Kraatz; and (iii) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(c) [Dkt. No. 131; filed 8/6/13]

**d.   Notice of Filing of Secured Super-Priority Debtor in Possession Loan Agreement [Dkt. No. 138; filed 8/8/13]**

Response Deadline: Pursuant to the Order Shortening Notice, the Response Deadline is before or at the hearing on this Motion. **Counsel to the Committee of Unsecured Creditors has been provided a copy of the Secured Super-Priority Debtor in Possession Loan Agreement and reserves all its rights to object thereto before or at the hearing on this Motion.**

Responses Filed/Received:

i.   Informal comments from Bibby Financial Services (Midwest), Inc.

Status:   This matter is going forward.

Dated: August 8, 2013                      Respectfully submitted,
      Wilmington, Delaware

                                            **THE ROSNER LAW GROUP LLC**

                                            */s/ Julia Klein*
                                            Frederick B. Rosner (DE #3995)
                                            Scott J. Leonhardt (DE #4885)
                                            Julia B. Klein (DE #5198)
                                            824 N. Market Street, Suite 810
                                            Wilmington, Delaware 19801
                                            Telephone:    (302) 319-6300
                                            klein@teamrosner.com

                                            **KING & SPALDING LLP**
                                            Arthur J. Steinberg
                                            New York Bar No. 1680495
                                            asteinberg@kslaw.com

1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2158
Facsimile: (212) 556-2222

-and-

Jeffrey R. Dutson
Georgia Bar No. 637106
jdutson@kslaw.com
Annie R. Carroll
Georgia Bar No. 127813
1180 Peachtree Street
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5131

*Counsel for the Debtors-In-Possession*