## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **MFM DELAWARE, INC.,** | ) | **Case No. 13-11359 (PJW)** |
| **MFM INDUSTRIES, INC.,**[1] | ) | **Case No. 13-11360 (PJW)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |
| | ) | |
| **MFM INDUSTRIES, INC.,** | ) | **Adv. Pro. No. 13-51199 (PJW)** |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **TEREX FINANCIAL SERVICES, INC.** | ) | |
| | ) | |
| **Defendant** | ) | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON SEPTEMBER 10, 2013 AT 11:00 A.M. (ET)

Set forth below are the matters scheduled to be heard before the Honorable Peter J. Walsh, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Sixth Floor, Courtroom #2, Wilmington, Delaware, on September 10, 2013 beginning at 11:00 a.m. (prevailing Eastern time).

**I.   CONTINUED MATTERS:**

1. Application for Authority to Retain King & Spalding LLP as Counsel to the Debtors Nunc Pro Tunc to May 24, 2013 [Dkt. No. 30; filed 6/6/13]

   Related Documents:

   a. Order Authorizing Debtors to Retain King & Spalding LLP as Counsel to the Debtors Nunc Pro Tunc to May 24, 2013. [Dkt. No. 68; filed 6/25/13].

   Response Deadline:  June 18, 2013 at 4:00 p.m.; extended to June 21st for the Official Committee of Unsecured Creditors (the "Committee")

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MFM Delaware, Inc. (3784); and (ii) MFM Industries, Inc. (6720).

{00011971. }

Responses Filed/Received:

i. Limited Objection of The Official Committee of Unsecured Creditors to the Applications to Employ King & Spalding LLP and The Rosner Law Group LLC as Counsel to the Debtors [Dkt. No. 59; filed 6/21/13].

Status: The Court entered the Order on a final basis, but left open the Debtors' request to authorize a $85,000 retainer to King & Spalding LLP. The open retainer issue has been adjourned to the October 10, 2013 Omnibus Hearing.

2. Application of the Debtors for Authority to Retain The Rosner Law Group LLC as Delaware Bankruptcy Counsel Nunc Pro Tunc to May 24, 2013 [Dkt. No. 31; filed 6/6/13]

Related Documents:

a. Order Authorizing Debtors to Employ and to Retain The Rosner Law Group LLC *Nunc Pro Tunc* to May 24, 2013 [Dkt. No. 69; filed 6/25/13].

Response Deadline: June 18, 2013 at 4:00 p.m.; extended to June 21st for the Committee

Responses Filed/Received:

i. Limited Objection of The Official Committee of Unsecured Creditors to the Applications to Employ King & Spalding LLP and The Rosner Law Group LLC as Counsel to the Debtors [Dkt. No. 59; filed 6/21/13].

Status: The Court entered the Order on a final basis but left open the Debtors' request to authorize a $15,000 retainer to The Rosner Law Group LLC. The open retainer issue has been adjourned to the October 10, 2013 Omnibus Hearing.

3. Debtors' Motion for Establishment of Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals [Dkt. No. 111; filed 7/23/13]

Related Documents:

a. Proposed Form of Order [Dkt. No. 111; filed 7/23/13]

Response Deadline: August 6, 2013 at 4:00 p.m.

Responses Filed/Received:

i. Informal Comments from the Office of the United States Trustee

<dl>
<dt>Status:</dt>
<dd>This matter has been continued to the October 10, 2013 Omnibus Hearing.</dd>
</dl>

4. Adversary Proceeding Pretrial Conference for *MFM Industries, Inc. v. Terex Financial Services, Inc.* (Adv. Pro. No. 13-51199)

   Related Documents:

   a. Complaint, *inter alia*, to Avoid and Recover Preferential Transfers and to Disallow Claims Pursuant to 11 U.S.C. § 502(d) [Adv. Dkt. No. 1; filed 6/21/13].

   b. Summons and Notice of Pretrial Conference [Adv. Dkt. No. 3; filed 6/21/13].

   c. Answer to Complaint [Adv. Dkt. No. 6; filed 8/9/13].

   Response Deadline: Extended to August 9, 2013

   Status: With the Court's permission and the parties' consent, the Pretrial Conference has been adjourned to the October 10, 2013 Omnibus Hearing.

## II. UNCONTESTED MATTERS WITH CERTIFICATION OF COUNSEL/ CERTIFICATES OF NO OBJECTION:

5. Motion of the Official Committee of Unsecured Creditors for (i) Approval of the Confidentiality Agreement Among the Debtors, the Members of the Committee and Their Respective Professionals, and (ii) Relief from Obligation to Provide Access to Creditors to Confidential Information of the Debtors or to Privileged Information [Dkt. No. 130; filed 8/2/13]

   Related Documents:

   a. Proposed Form of Order [Dkt. No. 130; filed 8/2/13]

   b. Certification of Counsel [Dkt. No. 172; filed 9/6/13]

   Response Deadline: September 3, 2013 at 4:00 p.m.

   Responses Filed/Received: None.

   Status: A consensual form of order was submitted under certification of counsel. Consequently, no hearing is required unless the Court has any questions.

6. Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. § 365(d)(4) Extending the Deadline by Which Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property [Dkt. No. 155; filed 8/16/13]

Related Documents:

a. Proposed Form of Order [Dkt. No. 155; filed 8/16/13]

b. Certificate of No Objection [Dkt. No. 170; filed 9/5/13]

Response Deadline: August 30, 2013 at 4:00 p.m.

Responses Filed/Received: None.

Status: A certificate of no objection has been filed. Consequently, no hearing is required unless the Court has any questions.

7. Debtor's Motion for Order Extending Exclusive Periods to File and to Solicit Acceptances of Chapter 11 Plan [Dkt. No. 156; filed 8/16/13]

Related Documents:

a. Proposed Form of Order [Dkt. No. 156; filed 8/16/13]

b. Certificate of No Objection [Dkt. No. 171; filed 9/5/13]

Response Deadline: August 30, 2013 at 4:00 p.m., extended to September 4, 2013 at 12:00 p.m. for the Committee

Responses Filed/Received: None.

Status: A certificate of no objection has been filed. Consequently, no hearing is required unless the Court has any questions.

### III. **MATTER GOING FORWARD:**

8. Debtors' Emergency Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 364 and 507: (I) Authorizing Debtors to Incur Post-Petition Secured Indebtedness Pursuant to Sections 105 and 364; (ii) Authorizing the Debtors to Enter into Credit Agreement with Thomas Kraatz; and (iii) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(c) [Dkt. No. 131; filed 8/6/13]

Related Documents:

a. Final Order Pursuant to 11 U.S.C. Section 105, 361, 362, 363, 364 and 507: (I) Authorizing Debtors to Incur Postpetition Secured Indebtedness Pursuant to Sections 105(a), 362, and 364(c); (II) Authorizing the Debtors to Enter into Ratification Agreements with Bibby Financial Services (Midwest), Inc. and Crossroads Financial, LLC (III) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code; and (IV) Granting Adequate Protection Pursuant to Sections 105, 361, 363, and 507 of the Bankruptcy Code [Dkt. No. 103; filed 7/16/13]

    b.    Order Setting Expedited Hearing on Shortened Notice for the Debtors' Emergency Motion for Interim and Final Orders Pursuant to 11 U.S.C. Sections 105, 364 and 507: (I) Authorizing Debtors to Incur Post-Petition Secured Indebtedness Pursuant to Sections 105 and 364; (II) Authorizing the Debtors to Enter into Credit Agreement with Thomas Kraatz; and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(c) [Dkt. No. 133; entered 8/7/13]

    c.    Notice of Filing of Secured Super-Priority Debtor in Possession Loan Agreement [Dkt. No. 138; filed 8/8/13]

    d.    Interim Order Pursuant to 11 U.S.C. Sections 105, 364 and 507: (I) Authorizing Debtors to Incur Post-Petition Secured Indebtedness Pursuant to Sections 105 and 364; (II) Authorizing the Debtors to Enter into Credit Agreement with Thomas Kraatz; and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(c) [Dkt. No. 142; filed 8/9/13] (the "Interim Order").

    e.    Final Proposed Order Pursuant to 11 U.S.C. §§ 105, 364 and 507: (I) Authorizing Debtors to Incur Post-Petition Secured Indebtedness Pursuant to Sections 105 and 364; and (ii) Authorizing the Debtors to Enter into Credit Agreement with Thomas Kraatz [Dkt. No. 173; filed 9/6/13]

Response Deadline: Pursuant to the Interim Order, the Response Deadline was September 5, 2013

Responses Filed/Received: None.

Status: No parties have objected. The Official Committee of Unsecured Creditors, Thomas Kraatz, Bibby Financial Services (Midwest), Inc. and Crossroads Financial, LLC have approved the proposed form of order. The Debtors are waiting for comments/approval from and the Office of the United States Trustee. If the Office of the United States Trustee approves the proposed form of order, the Debtors will submit a consensual proposed form of order under certification of counsel prior to the hearing.

Dated: September 6, 2013  
Wilmington, Delaware

Respectfully submitted,

**THE ROSNER LAW GROUP LLC**

*/s/ Scott J. Leonhardt*
Frederick B. Rosner (DE# 3995)
Scott J. Leonhardt (DE #4885)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone:    (302) 319-6300
Leonhardt@teamrosner.com

**KING & SPALDING LLP**
Arthur J. Steinberg
New York Bar No. 1680495
asteinberg@kslaw.com
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:    (212) 556-2158
Facsimile:    (212) 556-2222

-and-

Jeffrey R. Dutson
Georgia Bar No. 637106
jdutson@kslaw.com
Annie R. Carroll
Georgia Bar No. 127813
1180 Peachtree Street
Atlanta, Georgia 30309-3521
Telephone:    (404) 572-4600
Facsimile:    (404) 572-5131

*Counsel for the Debtors-In-Possession*