## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **MFM DELAWARE, INC.,** | ) | Case No. 13-11359 (PJW) |
| **MFM INDUSTRIES, INC.,**[1] | ) | Case No. 13-11360 (PJW) |
| | ) | |
| **Debtors.** | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| **MFM INDUSTRIES, INC.,** | ) | Adv. Pro. No. 13-51199 (PJW) |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **TEREX FINANCIAL SERVICES, INC.** | ) | |
| | ) | |
| **Defendant** | ) | |

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 10, 2013 AT 11:30 A.M. (ET)

Set forth below are the matters scheduled to be heard before the Honorable Peter J. Walsh, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Sixth Floor, Courtroom #2, Wilmington, Delaware, on October 10, 2013 beginning at 11:30 a.m. (prevailing Eastern time).

### I.   CONTINUED MATTERS:

1. Application for Authority to Retain King & Spalding LLP as Counsel to the Debtors Nunc Pro Tunc to May 24, 2013 [Dkt. No. 30; filed 6/6/13]

    Related Documents:

    a. Order Authorizing Debtors to Retain King & Spalding LLP as Counsel to the Debtors Nunc Pro Tunc to May 24, 2013. [Dkt. No. 68; filed 6/25/13]

    Response Deadline:   June 18, 2013 at 4:00 p.m.; extended to June 21st for the Official Committee of Unsecured Creditors (the "Committee")

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MFM Delaware, Inc. (3784); and (ii) MFM Industries, Inc. (6720).

[2] Amended items appear in **bold**.

{00012209.2 }

Responses Filed/Received:

i. Limited Objection of The Official Committee of Unsecured Creditors to the Applications to Employ King & Spalding LLP and The Rosner Law Group LLC as Counsel to the Debtors [Dkt. No. 59; filed 6/21/13]

Status: The Court entered the Order on a final basis, but left open the Debtors' request to authorize a $85,000 retainer to King & Spalding LLP. The open retainer issue has been adjourned to the November 17, 2013 Omnibus Hearing.

2. Application of the Debtors for Authority to Retain The Rosner Law Group LLC as Delaware Bankruptcy Counsel Nunc Pro Tunc to May 24, 2013 [Dkt. No. 31; filed 6/6/13]

Related Documents:

a. Order Authorizing Debtors to Employ and to Retain The Rosner Law Group LLC *Nunc Pro Tunc* to May 24, 2013 [Dkt. No. 69; filed 6/25/13]

Response Deadline: June 18, 2013 at 4:00 p.m.; extended to June 21st for the Committee

Responses Filed/Received:

i. Limited Objection of The Official Committee of Unsecured Creditors to the Applications to Employ King & Spalding LLP and The Rosner Law Group LLC as Counsel to the Debtors [Dkt. No. 59; filed 6/21/13]

Status: The Court entered the Order on a final basis but left open the Debtors' request to authorize a $15,000 retainer to The Rosner Law Group LLC. The open retainer issue has been adjourned to the November 17, 2013 Omnibus Hearing.

3. Debtors' Motion for Establishment of Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals [Dkt. No. 111; filed 7/23/13]

Related Documents:

a. Proposed Form of Order [Dkt. No. 111; filed 7/23/13]

Response Deadline: August 6, 2013 at 4:00 p.m.

Responses Filed/Received:

i. Informal Comments from the Office of the United States Trustee

      Status:    This matter has been continued to the November 17, 2013 Omnibus Hearing.

4. Adversary Proceeding Pretrial Conference for *MFM Industries, Inc. v. Terex Financial Services, Inc.* (Adv. Pro. No. 13-51199)

    Related Documents:

    a. Complaint, *inter alia*, to Avoid and Recover Preferential Transfers and to Disallow Claims Pursuant to 11 U.S.C. § 502(d) [Adv. Dkt. No. 1; filed 6/21/13]

    b. Summons and Notice of Pretrial Conference [Adv. Dkt. No. 3; filed 6/21/13]

    c. Answer to Complaint [Adv. Dkt. No. 6; filed 8/9/13]

    Response Deadline: Extended to August 9, 2013

    Status: With the Court's permission and the parties' consent, the Pretrial Conference has been adjourned to the November **18**, 2013 Omnibus Hearing.

## II. MATTER GOING FORWARD:

5. Emergency Motion of MFM Industries, Inc. for Entry of Orders Pursuant to 11 U.S.C. Sections 105, 363, and 365 (A) Authorizing and Scheduling an Auction at which Industries will Solicit the Highest or Best Bid for the Sale of Substantially All of its Assets; (B) Approving Bidding Procedures Related to Conduct of Auction; (C) Approving Breakup Fee; (D) Approving the Form and Manner of Notices of (i) Proposed Sale of Assets, the Auction and the Approval Hearing, and (ii) Proposed Assumption and Assignment of Executory Contracts and Leases; (E) Approving the Sale of the Assets to the Party Submitting the Highest or Best Bid; and (F) Granting Related Relief [Dkt. No. 190; filed 10/4/13]

    Related Documents:

    a. Order Setting Hearing and Shortening Notice Period for the Emergency Motion of MFM Industries, Inc. for Entry of Orders Pursuant to 11 U.S.C. Sections 105, 363, and 365 (A) Authorizing and Scheduling an Auction at which Industries will Solicit the Highest or Best Bid for the Sale of Substantially All of its Assets; (B) Approving Bidding Procedures Related to Conduct of Auction; (C) Approving Breakup Fee; (D) Approving the Form and Manner of Notices of (I) Proposed Sale of Assets, the Auction and the Approval Hearing, and (II) Proposed Assumption and Assignment of Executory Contracts and Leases; (E) Approving the Sale of the Assets to the Party Submitting the Highest or Best Bid; and (F) Granting Related Relief [Dkt. No. 192; entered 10/4/13]

b. Proposed Order Pursuant to Bankruptcy Code Sections 105, 363 and 365: (A) Scheduling an Auction; (B) Scheduling the Date, Time and Place for a Hearing on the Proposed Sale Motion; (C) Approving the Form and Manner of (I) the Notice of the Proposed Sale of Industries' Assets, the Auction and the Approval Hearing, and (II) the Notice of the Proposed Assumption and Assignment of Executory Contracts and Leases; and (D) Approving (I) Bidding Procedures, and (II) Breakup Fee [Dkt. No. 190; filed 10/4/13]

c. Proposed Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Assets of MFM Industries, Inc. Outside the Ordinary Course of Business, (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (C) Authorizing the Assumption and Sale and Assignment of Certain Executory Contracts and Unexpired Leases, and (D) Granting Related Relief Dkt. No. 190; entered 10/4/13]

Response Deadline: Pursuant to the Order Shortening Notice, responses are due at or prior to the hearing.

Responses Filed/Received: None to date.

Status: The Debtors are seeking approval of the bidding procedures and protections as set forth in their Motion to Shorten Notice. To date, no parties have objected. The Official Committee of Unsecured Creditors and the secured creditors have consented to the bidding procedures and protections that will be before the Court at the October 10th hearing. The Debtors are waiting for comments/approval from the Office of the United States Trustee. The Debtors are still negotiating a Sale Agreement with a stalking horse purchaser and are hopeful that they will be able to file with the Court a signed Agreement prior to the October 10, 2013 hearing. The Debtors also anticipate filing the proposed cure schedule prior to the hearing. The hearing to approve the sale currently is scheduled for October 28, 2013.

Dated: October 8, 2013　　　　　　　　　　　　　　Respectfully submitted,
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Scott J. Leonhardt*
Frederick B. Rosner (DE# 3995)
Scott J. Leonhardt (DE #4885)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone:　(302) 319-6300

Leonhardt@teamrosner.com

**KING & SPALDING LLP**
Arthur J. Steinberg
New York Bar No. 1680495
asteinberg@kslaw.com
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:	(212) 556-2158
Facsimile:	(212) 556-2222

-and-

Jeffrey R. Dutson
Georgia Bar No. 637106
jdutson@kslaw.com
Annie R. Carroll
Georgia Bar No. 127813
1180 Peachtree Street
Atlanta, Georgia 30309-3521
Telephone:	(404) 572-4600
Facsimile:	(404) 572-5131

*Counsel for the Debtors-In-Possession*