**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MFM DELAWARE, INC., | ) | Case No. 13-11359 (PJW) |
| MFM INDUSTRIES, INC., | ) | Case No. 13-11360 (PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**FIRST INTERIM FEE APPLICATION OF GAVIN/SOLMONESE LLC, AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM <u>JUNE 6, 2013 THROUGH SEPTEMBER 30, 2013</u>**

| | |
|---|---|
| Name of Applicant: | **Gavin/Solmonese LLC** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **June 6, 2013** |
| Period for which Compensation sought as actual, reasonable and necessary: | **June 6, 2013 through September 30 2013** |
| Amount of Compensation sought as Actual, reasonable and necessary: | **$68,447.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$1,738.89** |
| This is a: | **Interim Fee Application** |

The total time expended for fee application is approximately 5 hours, and the corresponding compensation to be requested in the next fee application will be approximately $750.00.

1

## GAVIN/SOLMONESE LLC SUMMARY OF
## PROFESSIONALS RENDERING SERVICES FROM
## JUNE 6, 2013 THROUGH SEPTEMBER 30 2013

| Professional Person | Position of the Applicant, Number of Years in that Position | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Edward T. Gavin, CTP | Principal, 2006 | $600.00 (Prof.)<br>$300.00 (Travel) | 3.20<br>0.00 | $1,920.00<br>0.00 |
| Wayne P. Weitz | Managing Director, 2012 | $475.00 (Prof.)<br>$237.50 (Travel) | 88.30<br>11.00 | $41,942.50<br>$2,612.50 |
| Stanley W. Mastil | Director, 2012 | $375.00 (Prof.)<br>$187.50 (Travel) | 0.20<br>0.00 | $75.00<br>$0.00 |
| Jeremy VanEtten | Senior Consultant, 2011 | $275.00 (Prof.)<br>$137.50 (Travel) | 76.90<br>0.00 | $21,147.50<br>$0.00 |
| Judy L. Sacher | Other Professional Staff, 2002 | $150.00 (Prof.) | 5.00 | $750.00 |
|  |  | **Totals** | **184.60** | **$68,447.50** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 21.00 | $8,035.00 |
| Business Analysis | 94.00 | $36,565.00 |
| Case Administration | 0.40 | $110.00 |
| Court Hearing | 4.50 | $1,657.50 |
| Data Analysis | 1.30 | $617.50 |
| Fee/Employment Application | 8.70 | $2,620.00 |
| Financing | 12.20 | $5,135.00 |
| Meeting of Creditors | 24.00 | $8,932.50 |
| Travel Rate | 11.00 | $2,612.50 |
| Valuation | 7.50 | $2,162.50 |
| **TOTAL** | **184.60** | **$68,447.50** |

**EXPENSE SUMMARY**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Car Rental | | $669.30 |
| Hotel | | $334.14 |
| Meals | | $134.00 |
| Parking | | $53.16 |
| Public Record Search | Pacer | $102.20 |
| Telephone | | $5.91 |
| Tolls | | $6.25 |
| Train | | $433.93 |
| **Total** | | **$1,738.89** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MFM DELAWARE, INC., | ) | Case No. 13-11359 (PJW) |
| MFM INDUSTRIES, INC., | ) | Case No. 13-11360 (PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**FIRST INTERIM FEE APPLICATION OF GAVIN/SOLMONESE LLC, AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 6, 2013 THROUGH SEPTEMBER 30, 2013**

Pursuant to sections 328 and 1103 of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), Gavin/Solmonese LLC ("Applicant" or "G/S") hereby files this application for interim monthly allowance of reasonable compensation with respect to the bankruptcy cases of MFM Delaware, Inc. and MFM Industries, Inc., (the "Debtors") for services rendered as the Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee") in the amount of $68,447.50, together with the reimbursement for actual and necessary expenses incurred in the amount of $1,738.89 (the "Application") for the period from June 6, 2013 through and including September 30, 2013 (the "Compensation Period"). In support of the Application, Applicant submits the affidavit of Edward T. Gavin, CTP attached hereto as Exhibit "A". In further support of the Application, Applicant respectfully represents as follows:

1

## JURISDICTION

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for this Application are 11 U.S.C. §§ 328 and 1103.

## FACTUAL BACKGROUND

2. MFM Delaware, Inc. and MFM Industries, Inc., (the "Debtors") filed their voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on May 28, 2013. Pursuant to Sections 1107 and 118 of the Bankruptcy Code, the debtors operate their businesses as Debtors-in-possession. No trustee or examiner has been appointed in these cases.

3. On June 6, 2013, the Office of the United States Trustee, pursuant to Section 1102 of the Bankruptcy Code, appointed the Committee.

4. On July 16, 2013, the Court entered that certain Order Authorizing Employment and Retention of Gavin/Solmonese LLC *Nunc Pro Tunc* to June 6, 2013 as Financial Advisor to the Official Committee of Unsecured Creditors [D.I. 104], approving the Committee's retention of G/S *nunc pro tunc* to June 6, 2013.

## COMPENSATION AND REIMBURSEMENT OF EXPENSES

5. Applicant submits this Application to the Bankruptcy Court for an allowance of reasonable compensation for actual and necessary professional services provided to the Committee as its Financial Advisor in this case during the Compensation Period and for reimbursement of actual and necessary out-of-pocket expenses incurred in

advising the Committee during the Compensation Period. All included services and costs for which Applicant seeks compensation were performed for, or on behalf of, the Committee during the Compensation Period.

6. By this Application, Applicant thus seeks (a) allowance and immediate payment of compensation in the amount of $68,447.50 for services rendered as Financial Advisor during the Compensation period; and (b) allowance of reimbursement and immediate payment in the amount of $1,738.89 for expenses incurred and disbursed during the Compensation Period.

7. Exhibit "B" is a summary covering all the services performed by Applicant with respect to this matter during the Compensation Period. This detailed itemization complies with Local Bankruptcy Rules in that each time entry contains a separate time allotment; a description of the type of activity and the subject matter of the activity; all time is billed in increments of one-tenth of an hour; the time entries are presented chronologically in categories; and all meetings or hearings are individually identified. Following is the detailed itemization, by task category, of all services performed by Applicant with respect to this matter during the Compensation Period. Non-working travel time (to the extent applicable) is billed at 50% of normal rates.

8. The Applicant has divided its time into the following categories:

a) **Asset Disposition (21.00 Hours - $8,035.00)** This category includes sales, leases (§365 matters), abandonment and transaction work related to asset disposition, including §363 sales and other dispositions of assets.

b) **Business Analysis (94.00 Hours - $36,565.00)** This category includes time spent in the review of debtor's business plan; development and

       review of strategies; preparation and review of cash flow forecasts and feasibility studies and general review of business matters as they pertain to the bankruptcy case.

c) **Case Administration (0.40 Hours - $110.00)**  This category includes time spent in coordination and compliance matters including case management tasks; schedules; contacts with the Office of the United States Trustee; general record keeping and documentation requirements.

d) **Court Hearing (4.50 Hours - $1,657.50)**  Time billed to this category includes time related to attending and preparing for hearings held before the United States Bankruptcy Court for the District of Delaware. During the Compensation Period, the Applicant, among other things, attended hearings before the Bankruptcy Court.

e) **Data Analysis (1.30 Hours - $617.50)**  This category includes time spent reviewing debtor business records, cash flow budgets and forecasts, intellectual property rights, books-and-records and other documentation and general tasks, such as correspondence, teleconferences and record keeping, which are directly related thereto.

f) **Fee/Employment Application (8.70 Hours - $2,620.00)**  This category includes the preparation and/or review of employment and fee applications for self or others; motions to establish interim procedures.

g) **Financing (12.20 Hours - $5,135.00)**  Matters under §§ 361, 363 and 364 including cash collateral and secured claims; debtor-in-possession credit facilities; loan document analysis and tasks related thereto.

    h)    **Meetings of Creditors (24.00 Hours - $8,932.50)**  Time billed to this category represents the Applicant's interactions with members of and counsel for the Official Committee of Unsecured Creditors.

    i)    **Travel Time (11.00 Hours - $2,612.50)**  Time billed to this category represents all travel time in connection with this case.

    j)    **Valuation (7.50 Hours - $2,162.50)**  This category relates to preparing or reviewing appraisals or valuations of assets.

9.    Attached hereto as Exhibit "C" is a summary of the costs actually expended by the Applicant in the performance of services rendered on behalf of the Committee.  The costs for which reimbursement is requested total $1,738.89.  The breakdown of the costs includes the rate of copying charges ($.10/page) and the basis for each rate, telephone charges, facsimile charges ($1.00/page – outgoing transmission only), messenger service, travel expenses, court reporter services, overnight delivery fees, outside reproduction, legal research and PACER charges.  By this Application, the Applicant does not seek expenses for incoming facsimile transmissions.

WHEREFORE, Gavin/Solmonese LLC respectfully requests (i) allowance of compensation in the amount of $68,447.50 for professional services rendered and $1,738.89 for reimbursement for actual and necessary costs; (ii) immediate payment of 100% of the allowed compensation of $68,447.50; (iii) immediate payment of 100% of the allowed actual and necessary costs of $1,738.89; and (iv) such other and further relief as this Court deems necessary and just.

Dated: October 23, 2013

Edward T. Gavin, CTP
Gavin/Solmonese LLC
919 N. Market Street, Suite 600
Wilmington, DE 19801
(302) 655-8997 ext. 151