```
                IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF DELAWARE

IN RE:                                :    Chapter 11
MFM DELAWARE, INC.,                   :    No. 13-11359 PJW
MFM INDUSTRIES, INC.,                 :    No. 13-11360 PJW
          Debtor.                     :    (jointly administered)
_____/
```

OBJECTION BY THE PALMER COMPANIES, INC. TO THE DEBTORS' FIRST OMNIBUS MOTION TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NUNC PRO TUNC TO NOVEMBER 5, 2013

COMES NOW, **THE PALMER COMPANIES, INC.**, through its undersigned attorney, Thomas W. Cartwright, to file this Objection to the Debtors' First Omnibus Motion to Reject Certain Executory Contracts and Unexpired Leases of which the following is a statement:

1. The Debtors' filed their motion on 11.5.13 with Ex. A attached listing the executory contracts and leases they want to reject.

2. The Palmer Companies, Inc. is listed with the "Amended and Restated Security Agreement" as the type of contract to be rejected.

3. Palmer objects to any attempt by the Debtor to alter Palmer's secure position on real and personal property of the Debtor by claiming the security agreement is a lease or executory contract.

WHEREFORE, the Palmer Companies, Inc. requests this Honorable Court delete the Palmer Companies, Inc. from the list of leases and executory contracts listed on Ex. A of

the Debtors' motion and whatever other relief the Court deems appropriate.

                                                Respectfully submitted,

                                                /s/ Thomas W. Cartwright
Thomas W. Cartwright
108 N. Magnolia Ave. Suite 318
Ocala, FL 34475-6644
352 620-9800
Fax 352 620-9805
Fla. ID #827851
tcartwright@embarqmail.com
Attorney for Palmer Companies, Inc.