# EXHIBIT A

## Schedule of Overstated Claims

{00013009. }

## Overstated Claims[1]

| (1) Name of Claimant | (2) Claim Number | (3) Claim Amount | (4) Modified Claim Amount | (5) Reason for Modification |
|---|---|---|---|---|
| Alliance Associates, Inc. | 40 | $2,687.92 | $2,532.27 | Filed Claim Amount Differs from the Amount Stated in Industries' Books and Records. |
| CD Staffing, Inc. | 14 (Case No. 13-11359-PJW) | $32,784.04 | $30,170.12 | Filed Claim Amount Differs from the Amount Stated in Industries' Books and Records. |
| Chuck Latham & Associates, Inc. | 69 | $54,722.00 | $38,002.64 | Filed Claim Amount Differs from the Amount Stated in Industries' Books and Records. |
| Claims Recovery Group (filed by Florida Express Environmental) | 33 | $12,035.81 | $9,030.61 | Claim includes amounts incurred post-petition (June 5, 2013 through July 25, 2013). |
| Creative Environmental Solutions, Inc. | 28 | $40,951.35 | $19,164.61 | Filed Claim Amount Differs from the Amount Stated in Industries' |

---

[1] All claim numbers are for claims filed in Case No. 13-11360-PJW unless otherwise noted.

{00013009. }

| | | | | |
|---|---|---|---|---|
| | | | | Books and Records. |
| Daymon Worldwide, Inc. | 53 | $101,075.96 | $84,359.85 | Filed Claim Amount Differs from the Amount Stated in Industries' Books and Records. |
| Department of Treasury- Internal Revenue Service | 10-2 | $1,000 | $0.00 | Filed Claim Amount Differs from the Amount Stated in Industries' Books and Records. |
| Embarq Florida, Inc.—Central Florida | 5 | $4,000.55 | $2,000.92 | Filed Claim Amount Differs from the Amount Stated in Industries' Books and Records. |
| Federated Foods, LLC | 47 | $15,083.00 | $3,971.22 | Filed Claim Amount Differs from the Amount Stated in Industries' Books and Records. The objection is not intended to and shall not impact the debt of $9,784.83 scheduled as undisputed and owing to Federated Group, but the allowed claim |

| | | | | |
|---|---|---|---|---|
| | | | | of Federated Foods, LLC ($3,971.22) shall supersede the additional debt of $3,971.22 scheduled as undisputed and owing to Federated Group. |
| ITS Logistics, Inc. | 17 | $1,565.27 | $831.06 | Filed Claim Amount Differs from the Amount Stated in Industries' Books and Records. |
| Leaf | 12 | $12,089.61 | $4,006.02 | Filed Claim Amount Differs from the Amount Stated in Industries' Books and Records. |
| Marketing Management, Inc. | 35 (Case No. 13-11359) | $19,249.37 | $15,016.68 | Filed Claim Amount Differs from the Amount Stated in Industries' Books and Records. |
| Motion Industries | 6-2 | $68,487.50 | $56,836.72 | Filed Claim Amount Differs from the Amount Stated in Industries' Books and Records. |
| Total Quality | 43 | $282,933.25 | $229,000 | Filed Claim |

{00013009. }    3

| | | | | |
|---|---|---|---|---|
| Logistics | | | | Amount Differs from the Amount Stated in Industries' Books and Records. |

# EXHIBIT B

## Schedule of Substantively Duplicative Claims

## Substantively Duplicative Claims[1]

| (1)<br>Name of Claimant | (2)<br>Claim Number | (3)<br>Claim Amount | (4)<br>Reason for Disallowance |
|---|---|---|---|
| Dan Xi | 68 | $10,636.40 | Claim is duplicative of a claim scheduled by Industries as undisputed and owing to Calico Arcilla Products, Inc. |

---

[1] All claim numbers are for claims filed in Case No. 13-11360-PJW unless otherwise noted.

## EXHIBIT C

## Schedule of Misclassified Claims

{00013009. }

## Misclassified Claims[1]

| (1) Name of Claimant | (2) Claim Number | (3) Claim Amount | (4) Claim Priority Status | (5) Modified Priority Status | (6) Reason for Modification |
|---|---|---|---|---|---|
| ESM Metro | 27 (Case No. 13-11359) | $48,038.76 | Priority as to $12,475 | General Unsecured | Claimant is not a corporation with only 1 employee as required by section 507(a)(4)(B). |

---

[1] All claim numbers are for claims filed in Case No. 13-11360-PJW unless otherwise noted.

{00013009. }

# EXHIBIT D

## Schedule of No Liability Claims

{00013009. }

## No Liability Claims[1]

| (1)<br>Name of Claimant | (2)<br>Claim Number | (3)<br>Claim Amount | (4)<br>Reason for Disallowance |
|---|---|---|---|
| GSX, Inc. d/b/a/ Great Southern Construction Equipment Co. | 67 | $ 230,057.31 | Claim is a liability of non-debtor MFM Limestone, LLC, for which neither Industries nor its property is liable under any agreement or applicable law. |
| RH Management (a Division of Robert Half International) | 54 | $1,456.76 | Claimant agreed that Industries would not be liable for any amount if Industries was not satisfied with the temporary staffing arrangement. |

---

[1] All claim numbers are for claims filed in Case No. 13-11360-PJW unless otherwise noted.

{00013009. }