**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MFM DELAWARE, INC., | ) | Case No. 13-11359 (PJW) |
| MFM INDUSTRIES, INC., | ) | Case No. 13-11360 (PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**SEVENTH FEE APPLICATION OF GAVIN/SOLMONESE LLC AS**
**FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS, FOR COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**FROM MARCH 1, 2014 THROUGH MARCH 31, 2014**

| | |
|---|---|
| Name of Applicant: | **Gavin/Solmonese LLC** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **June 6, 2013** |
| Period for which Compensation sought as actual, reasonable and necessary: | **March 1, 2014 through March 31, 2014** |
| Amount of Compensation sought as Actual, reasonable and necessary: | **$19,545.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$1.30** |
| This is a: | **Monthly Fee Application** |

The total time expended for fee application is approximately 2 hours, and the corresponding compensation to be requested in the next fee application will be approximately $400.00.

1

**GAVIN/SOLMONESE LLC SUMMARY OF
PROFESSIONALS RENDERING SERVICES FROM
MARCH 1, 2014 THROUGH MARCH 31, 2014**

| Professional Person | Position of the Appli-cant, Number of Years in that Position | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Wayne P. Weitz | Managing Director, 2012 | $475.00 (Prof.) | 14.40 | $6,840.00 |
| | | $237.50 (Travel) | 0.00 | $0.00 |
| Jeremy VanEtten | Senior Consultant, 2011 | $275.00 (Prof.) | 46.20 | $12,705.00 |
| | | $137.50 (Travel) | 0.00 | $0.00 |
| | | **Totals** | **60.60** | **$19,545.00** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 2.20 | $605.00 |
| Business Analysis | 7.60 | $2,830.00 |
| Claims Administration and Objections | 20.60 | $6,085.00 |
| Court Hearing | 2.00 | $950.00 |
| Fee/Employment Application | 1.90 | $682.50 |
| Meeting of Creditors | 2.20 | $825.00 |
| Plan and Disclosure Statement | 22.30 | $7,072.50 |
| Review/Analysis of Avoidance Actions | 1.80 | $495.00 |
| **TOTAL** | **60.60** | **$19,545.00** |

**EXPENSE SUMMARY**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Public Record Search | Pacer | $1.30 |
| **Total** | | **$1.30** |

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MFM DELAWARE, INC., | ) | Case No. 13-11359 (PJW) |
| MFM INDUSTRIES, INC., | ) | Case No. 13-11360 (PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**SEVENTH FEE APPLICATION OF GAVIN/SOLMONESE LLC AS
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
MARCH 1, 2014 THROUGH MARCH 31, 2014**

Pursuant to sections 328 and 1103 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules") and the Court's Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals, dated November 18, 2013 (The "Administration Order") [DI. 255], Gavin/Solmonese LLC ("Applicant" or "G/S") hereby files this application for monthly allowance of reasonable compensation with respect to the bankruptcy cases of MFM Delaware, Inc. and MFM Industries, Inc., (the "Debtors") for services rendered as the Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee") in the amount of $19,545.00, together with the reimbursement for actual and necessary expenses incurred in the amount of $1.30 (the "Application") for the period from March 1, 2014 through and including March 31, 2014 (the "Compensation Period").  In support of the Application, Applicant submits the affidavit of Edward T. Gavin, CTP attached hereto as Exhibit "A". In further support of the Application, Applicant respectfully represents as follows:

1

## JURISDICTION

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for this Application are 11 U.S.C. §§ 328 and 1103.

## FACTUAL BACKGROUND

2.      MFM Delaware, Inc. and MFM Industries, Inc., (the "Debtors") filed their voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on May 28, 2013.  Pursuant to Sections 1107 and 118 of the Bankruptcy Code, the debtors operate their businesses as Debtors-in-possession.  No trustee or examiner has been appointed in these cases.

3.      On June 6, 2013, the Office of the United States Trustee, pursuant to Section 1102 of the Bankruptcy Code, appointed the Committee.

4.      On July 16, 2013, the Court entered that certain Order Authorizing Employment and Retention of Gavin/Solmonese LLC *Nunc Pro Tunc* to June 6, 2013 as Financial Advisor to the Official Committee of Unsecured Creditors [D.I. 104], approving the Committee's retention of G/S *nunc pro tunc* to June 6, 2013.

## COMPENSATION AND REIMBURSEMENT OF EXPENSES

5.      Applicant submits this Application to the Bankruptcy Court for an allowance of reasonable compensation for actual and necessary professional services provided to the Committee as its Financial Advisor in this case during the Compensation Period and for reimbursement of actual and necessary out-of-pocket expenses incurred in advising the Committee during the Compensation Period.  All included services and costs for which

2

Applicant seeks compensation were performed for, or on behalf of, the Committee during the Compensation Period.

6.      By this Application, Applicant thus seeks (a) allowance of compensation in the amount of $19,545.00 for services rendered as Financial Advisor during the Compensation period, (b) authority for immediate payment to Applicant of 80% of such compensation ($15,636.00), pursuant to paragraph 2(b) of the Administration Order, and (c) allowance of reimbursement and immediate payment in the amount of $1.30 for expenses incurred and disbursed during the Compensation Period.

7.      Exhibit "B" is a summary covering all the services performed by Applicant with respect to this matter during the Compensation Period.  This detailed itemization complies with Local Bankruptcy Rules in that each time entry contains a separate time allotment; a description of the type of activity and the subject matter of the activity; all time is billed in increments of one-tenth of an hour; the time entries are presented chronologically in categories; and all meetings or hearings are individually identified.  Following is the detailed itemization, by task category, of all services performed by Applicant with respect to this matter during the Compensation Period.  Non-working travel time (to the extent applicable) is billed at 50% of normal rates.

8.      The Applicant has divided its time into the following categories:

    a)      **Asset Disposition (2.20 Hours - $605.00)**  This category includes sales, leases (§365 matters), abandonment and transaction work related to asset disposition, including §363 sales and other dispositions of assets.

    b)      **Business Analysis (7.60 Hours - $2,830.00)**  This category includes time spent in the review of debtor's business plan; development and review of

3

strategies; preparation and review of cash flow forecasts and feasibility studies and general review of business matters as they pertain to the bankruptcy case.

c)     **<u>Claims Administration and Objections (20.60 Hours - $6,085.00)</u>** This category includes general and specific claim inquiries; bar date motions; analyses, objections and allowance of claims.

d)     **<u>Court Hearing (2.00 Hours - $950.00)</u>** Time billed to this category includes time related to attending and preparing for hearings held before the United States Bankruptcy Court for the District of Delaware. During the Compensation Period, the Applicant, among other things, attended hearings before the Bankruptcy Court.

e)     **<u>Fee/Employment Application (1.90 Hours - $682.50)</u>** This category includes the preparation and/or review of employment and fee applications for self or others; motions to establish interim procedures.

f)     **<u>Meetings of Creditors (2.20 Hours - $825.00)</u>** Time billed to this category represents the Applicant's interactions with members of and counsel for the Official Committee of Unsecured Creditors

g)     **<u>Plan and Disclosure Statement (22.30 Hours - $7,072.50)</u>** This category includes review, discussion of or formulation of actual, theoretical or proposed Plan(s) and/or Disclosure Statement(s), including presentation and confirmation; compliance with plan confirmation orders, if any; and related activities, such as communication and correspondence, related thereto.

4

      h)      **Review/Analysis of Avoidance Actions (1.80 - $495.00)**  This category includes review of and tasks related to potential or actual avoidance actions under Section 5 of the Bankruptcy code.

9.      Attached hereto as Exhibit "C" is a summary of the costs actually expended by the Applicant in the performance of services rendered on behalf of the Committee. The costs for which reimbursement is requested total $1.30. The breakdown of the costs includes the rate of copying charges ($.10/page) and the basis for each rate, telephone charges, facsimile charges ($1.00/page – outgoing transmission only), messenger service, travel expenses, court reporter services, overnight delivery fees, outside reproduction, legal research and PACER charges. By this Application, the Applicant does not seek expenses for incoming facsimile transmissions.

WHEREFORE, Gavin/Solmonese LLC respectfully requests (i) allowance of compensation in the amount of $19,545.00 for professional services rendered and $1.30 for reimbursement for actual and necessary costs; (ii) immediate payment of $15,636.00 which is 80% of the allowed compensation of $19,545.00; (iii) immediate payment of 100% of the allowed actual and necessary costs of $1.30; and (iv) such other and further relief as this Court deems necessary and just.

Dated: April 10, 2014

Edward T. Gavin, CTP
Gavin/Solmonese LLC
919 N. Market Street, Suite 600
Wilmington, DE 19801
(302) 655-8997 ext. 151

5

# EXHIBIT "A"

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MFM DELAWARE, INC., | ) | Case No. 13-11359 (PJW) |
| MFM INDUSTRIES, INC., | ) | Case No. 13-11360 (PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

<u>**AFFIDAVIT OF EDWARD T. GAVIN, CTP**</u>

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )      SS. |
| NEW CASTLE COUNTY | ) |

BE IT REMEMBERED, that on this 10th day of April, 2014, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, **EDWARD T. GAVIN, CTP**, and being duly sworn according to law, deposes and says as follows:

1.      I am a Managing Director of the firm of Gavin/Solmonese LLC ("G/S"), which has served as Financial Advisor to the Official Committee of Unsecured Creditors of the above-referenced bankruptcy case.

2.      I have read the foregoing Application of G/S for allowance of compensation and reimbursement of expenses and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      As noted in the Application for Employment of G/S, G/S is a national firm with a well-established reputation in providing financial and management advisory services. Including NHB Advisors, which G/S is in the process of acquiring, G/S has two Managers, One Shareholder Principal: Edward T. Gavin, CTP (the "Shareholder Principal") and two

7

non-shareholder Principals, several Employees, Independent Contractors or Managing Directors, Senior Consultants, and other associates (collectively, the "Associates").  The Shareholder Principal owns a separate business entity (corporation, limited liability company, or other legal entity) of which the Shareholder Principal is the primary employee. This entity provides the services of the Shareholder Principal to G/S and its clients pursuant to independent contractor agreements between each such entity and G/S.  Compensation received by the Shareholder Principal's business entities is unrelated to fees received by G/S from any particular client.  Compensation received by Employees is substantially unrelated to fees received by G/S from any particular client.  Entities controlled by the non-shareholder Principal and Independent Contractors also have written employment and independent contractor agreements with G/S pursuant to which they provide services to G/S and its clients.  Each of the non-shareholder Principal and Associates through their respective business entities does all or substantially all of its business with G/S. Compensation received by such entities is based in substantial part upon fees received by G/S from each of G/S's clients.  Other than the foregoing, there is no agreement or understanding between G/S, and any other person for a division of compensation as consultants to the Debtor.

4.     No division prohibited by the Bankruptcy Code will be made by G/S.

5.     The undersigned hereby certifies, in accordance with Del. Bankr. L.R. 2016-2(f), that he has reviewed Del. Bankr. L.R. 2016-2, this Application and the exhibits thereto, and that such Application and its exhibits comply with Del. Bankr. L.R. 2016-2.

6.     No agreement prohibited by Title 18, Section 155 has been made.

**Edward T. Gavin, CTP**

SWORN TO AND SUBSCRIBED before me this 10th day of April, 2014.

NOTARY PUBLIC

CHRISTINE M. WARD
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires March 19, 2016

9

# EXHIBIT "B"

# COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 2.20 | $605.00 |
| Business Analysis | 7.60 | $2,830.00 |
| Claims Administration and Objections | 20.60 | $6,085.00 |
| Court Hearing | 2.00 | $950.00 |
| Fee/Employment Application | 1.90 | $682.50 |
| Meeting of Creditors | 2.20 | $825.00 |
| Plan and Disclosure Statement | 22.30 | $7,072.50 |
| Review/Analysis of Avoidance Actions | 1.80 | $495.00 |
| **TOTAL** | **60.60** | **$19,545.00** |

# EXHIBIT "C"

# EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Public Record Search | Pacer | $1.30 |
| **Total** | | **$1.30** |

Gavin/Solmonese, LLC

919 N. Market Street
Suite 600
Wilmington, DE 19801

Invoice submitted to:
MFM Delaware, Inc - OCUC
Benesch Friedlander Coplan &
Aronoff, LLP
222 Delaware Ave
Suite 801
Wilmington, DE 19801
Michael Barrie, Esq

Invoice #23855          Services Through 3/31/2014

| | |
|---|---|
| Total Professional Fees | $19,545.00 |
| Expenses | $1.30 |
| Total This Invoice | $19,546.30 |
| **Balance due** | $19,546.30 |

**Please remit to the address shown:**

Wire transfer instructions:

ABA# 031-000053
Account #86-0583-9972
PNC Bank, N.A. Philadelphia, PA
Telephone notification to Judy Sacher - (302) 655-8997

Principal _____

MFM Delaware, Inc - OCUC

### Consultant Summary

| Name | Hours | Amount |
|------|-------|--------|
| Jeremy VanEtten | 46.20 | $12,705.00 |
| Wayne P. Weitz | 14.40 | $6,840.00 |

Professional Services

| | | | Hours | Amount |
|---|---|---|-------|--------|
| 3/3/2014 - | JV | Meetings of Creditors<br>OCUC update call | 0.50 | 137.50 |
| - | WPW | Claims Administration and Objections<br>OCUC professionals conf call re: claims and plan | 1.00 | 475.00 |
| - | WPW | Business Analysis<br>Review documents filed by Debtors | 2.00 | 950.00 |
| - | WPW | Meetings of Creditors<br>OCUC update call | 0.50 | 237.50 |
| - | JV | Claims Administration and Objections<br>OCUC professionals conf call re: claims and plan | 1.00 | 275.00 |
| 3/4/2014 - | WPW | Plan and Disclosure Statement<br>Update and review waterfall analysis; corr OCUC counsel and JV re: same | 1.80 | 855.00 |
| - | JV | Plan and Disclosure Statement<br>Edits and updates to waterfall analysis | 2.60 | 715.00 |
| - | JV | Claims Administration and Objections<br>Review of omnibus claims objections and notice of satisfaction; update claims analysis accordingly | 2.90 | 797.50 |
| - | JV | Plan and Disclosure Statement<br>Edits and updates to liquidation analysis | 1.20 | 330.00 |
| - | JV | Plan and Disclosure Statement<br>Corr. M. Barrie re: liquidation and claims analysis | 0.50 | 137.50 |
| - | JV | Plan and Disclosure Statement<br>Update and review waterfall analysis; corr OCUC counsel and WPW re: same | 1.80 | 495.00 |

MFM Delaware, Inc - OCUC

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/5/2014 - | WPW | Court Hearing<br>Prepare for Disclosure Statement hearing | 1.00 | 475.00 |
| - | WPW | Court Hearing<br>Attend Disclosure Statement hearing | 1.00 | 475.00 |
| - | WPW | Business Analysis<br>Review documents filed by Debtors following hearing | 1.20 | 570.00 |
| - | JV | Asset Disposition<br>Review and analysis of closing statements and cash statements;<br>prepare estimate of funds for distribution | 2.20 | 605.00 |
| - | JV | Business Analysis<br>Review and analysis of January MOR | 1.60 | 440.00 |
| - | JV | Plan and Disclosure Statement<br>Corr. M. Barrie and WPW re: funds for distribution | 0.50 | 137.50 |
| - | JV | Claims Administration and Objections<br>Prepare estimate of claims pool and allowed OCUC claims | 0.40 | 110.00 |
| - | JV | Review/Analysis of Avoidance Actions<br>Conf. WPW and R. Beck re: preference  administration | 0.30 | 82.50 |
| - | JV | Review/Analysis of Avoidance Actions<br>Conf. WPW and R. Beck re: preference  administration | 0.30 | 82.50 |
| 3/6/2014 - | WPW | Claims Administration and Objections<br>Review analysis of and email corr JV re: related party claims | 0.60 | 285.00 |
| - | JV | Plan and Disclosure Statement<br>Review of plan and disclosure statement | 2.70 | 742.50 |
| - | JV | Plan and Disclosure Statement<br>Review of ballot list, reconcile against claims register, prepare list of<br>questions for Debtor's counsel | 2.60 | 715.00 |
| - | JV | Claims Administration and Objections<br>Edits and updates to claims analysis document | 1.60 | 440.00 |
| - | JV | Claims Administration and Objections<br>Review claim transfers, prepare summary | 1.90 | 522.50 |
| - | JV | Claims Administration and Objections<br>Review analysis of and email corr WPW re: related party claims | 0.60 | 165.00 |

MFM Delaware, Inc - OCUC

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/7/2014 - | WPW | Plan and Disclosure Statement<br>T/c and email corr M. Barrie and JV re: voting guidelines and<br>wind-down budget | 0.60 | 285.00 |
| - | JV | Plan and Disclosure Statement<br>Corr. K. Visser re: ballot list | 0.60 | 165.00 |
| - | JV | Plan and Disclosure Statement<br>Review of plan re: voting guidelines | 0.40 | 110.00 |
| - | JV | Fee/Employment Application<br>Review of retention motion for tax accountant | 0.70 | 192.50 |
| - | JV | Plan and Disclosure Statement<br>T/c and email corr M. Barrie and WPW re: voting guidelines and<br>wind-down budget | 0.60 | 165.00 |
| 3/8/2014 - | WPW | Claims Administration and Objections<br>Email corr M. Barrie and JV re: Class 3(a)/4(a) claims lists | 0.50 | 237.50 |
| - | JV | Claims Administration and Objections<br>Email corr M. Barrie and WPW re: Class 3(a)/4(a) claims lists | 0.50 | 137.50 |
| 3/9/2014 - | WPW | Fee/Employment Application<br>Review January fee application supporting materials | 0.50 | 237.50 |
| 3/10/2014 - | JV | Review/Analysis of Avoidance Actions<br>Review of potential avoidance actions and net preference values for<br>committee members, prepare summary | 1.20 | 330.00 |
| - | JV | Claims Administration and Objections<br>Review of potentially outstanding Secured, Priority, and Administrative<br>claims, update liquidation analysis accordingly | 1.20 | 330.00 |
| - | JV | Claims Administration and Objections<br>Corr. K. Visser re: potentially outstanding Secured, Priority, and<br>Administrative claims | 0.20 | 55.00 |
| 3/14/2014 - | JV | Meetings of Creditors<br>OCUC update call | 0.60 | 165.00 |
| - | JV | Business Analysis<br>Corr. counsel re: strategy | 0.20 | 55.00 |
| - | WPW | Business Analysis<br>Conf call M. Barrie - prep for OCUC conf call | 0.30 | 142.50 |

MFM Delaware, Inc - OCUC

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/14/2014 - | WPW | Meetings of Creditors<br>OCUC conf call | 0.60 | 285.00 |
| - | WPW | Business Analysis<br>T/c M. Barrie follow up from OCUC conf call | 0.20 | 95.00 |
| 3/17/2014 - | JV | Claims Administration and Objections<br>Review of Admin and Priority claims information, update claims<br>analysis document accordingly | 1.40 | 385.00 |
| 3/18/2014 - | JV | Claims Administration and Objections<br>Edits and updates to claims and liquidation analysis | 0.90 | 247.50 |
| - | JV | Claims Administration and Objections<br>Corr. K. Visser re: claims | 0.20 | 55.00 |
| 3/19/2014 - | JV | Claims Administration and Objections<br>Review and update claims analysis spreadsheet per information from<br>K. Visser | 0.80 | 220.00 |
| - | JV | Claims Administration and Objections<br>Corr. K. Visser re: claim objections | 0.30 | 82.50 |
| - | JV | Claims Administration and Objections<br>Prepare questions for K. Visser re: claim objections | 0.60 | 165.00 |
| - | JV | Claims Administration and Objections<br>Edits and updates to claims analysis document | 0.80 | 220.00 |
| 3/20/2014 - | JV | Claims Administration and Objections<br>Corr. K. Visser re: claims objections | 0.20 | 55.00 |
| - | JV | Claims Administration and Objections<br>Corr. Counsel re: claims objections | 0.20 | 55.00 |
| - | JV | Claims Administration and Objections<br>Review and update claims analysis spreadsheet, prepare summary | 0.90 | 247.50 |
| - | JV | Claims Administration and Objections<br>Update liquidation analysis | 0.60 | 165.00 |
| - | JV | Claims Administration and Objections<br>Corr. WPW re: liquidation analysis | 0.30 | 82.50 |
| - | JV | Business Analysis<br>Review of January 2014 MOR | 0.90 | 247.50 |

MFM Delaware, Inc - OCUC

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/20/2014 - | WPW | Fee/Employment Application<br>Review fee application | 0.30 | 142.50 |
| - | WPW | Plan and Disclosure Statement<br>Corr. JV re: liquidation analysis | 0.30 | 142.50 |
| 3/24/2014 - | JV | Claims Administration and Objections<br>Corr. K. Visser re: claim objections | 0.20 | 55.00 |
| 3/31/2014 - | WPW | Plan and Disclosure Statement<br>Mtg with JV to review cash flows, waterfall and wind-down budget | 0.50 | 237.50 |
| - | WPW | Plan and Disclosure Statement<br>Mtg OEC professionals re: wind-down budget, waterfall and case strategy | 1.50 | 712.50 |
| - | JV | Plan and Disclosure Statement<br>Conf. Counsel and WPW re: litigation strategy and liquidation analysis | 1.50 | 412.50 |
| - | JV | Plan and Disclosure Statement<br>Corr. WPW re: updated waterfall analysis | 0.50 | 137.50 |
| - | JV | Business Analysis<br>Corr. K. Visser re: wind down budget | 0.40 | 110.00 |
| - | JV | Plan and Disclosure Statement<br>Edits and updates to liquidation analysis, review of related documents | 1.60 | 440.00 |
| - | JV | Business Analysis<br>Review of February MOR | 0.80 | 220.00 |
| - | JV | Fee/Employment Application<br>Review of Fee App binders, corr. S. Leonhardt re: same | 0.40 | 110.00 |
| - | JV | Claims Administration and Objections<br>Edits and updates to claims analysis document | 0.80 | 220.00 |
| - | JV | Plan and Disclosure Statement<br>Mtg with WPW to review cash flows, waterfall and wind-down budget | 0.50 | 137.50 |

| | | | | |
|---|---|---|---|---|
| For professional services rendered | | | 60.60 | $19,545.00 |

MFM Delaware, Inc - OCUC

Expenses:

| | Amount |
|---|---|
| 3/1/2014  -  ADM     Expense Rate<br>Pacer - Public record search, February 2014 | 1.30 |
| Total expenses | $1.30 |
| Total amount of this bill | $19,546.30 |